## Shapiro *v.* Shapiro, Appellant.

Argued November 19, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Michael H. Egnal,* with him *Egnal & Simons,* for appellant.

*David S. Malis,* with him *Malis, Malis & Malis,* for appellee.

*I. Raymond Kremer,* for appellee.

OPINION PER CURIAM, January 17, 1966:
Decree affirmed. Each party to pay own costs.